IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  CHAPTER 13
KEALY RENEE LEE  CASE NO.:  24-51278-KMS

***CORRECTED*
TRUSTEE'S NOTICE & MOTION TO DISMISS CASE FOR NON-PAYMENT**

**PLEASE TAKE NOTICE** that a written Response to the Trustee's Notice and Motion to Dismiss Case for Non-Payment must be filed with the U.S. Bankruptcy Court Clerk's Office, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, within twenty-one (21) days of the date of this Notice.  Failure to timely file a Response will result in case dismissal.  A Response will result in the Motion being set for hearing on:  **Thursday, July 10th, 2025, at 10:00 a.m.**,** at the foregoing Court location, 7th Floor, Bankruptcy Courtroom.

1.  The Chapter 13 Trustee moves to dismiss the instant case for non-payment.  Debtor(s) current plan payment **default through April 2025 totals $4,706.00.**

**WHEREFORE PREMISES CONSIDERED** the Trustee requests dismissal of the instant case for failure to make plan payments as required by 11 U.S.C. § 1307.

**CERTIFICATE OF SERVICE**

I, **WARREN A. CUNTZ, JR.,** Chapter 13 Trustee, certify that I have served electronically, a true and correct copy of the above Notice and Motion to Dismiss Case for Non-Payment to:

**David W. Ashbach, Esq., United States Trustee**    USTPRegion05.JA.ECF@usdoj.gov
**Thomas Carl Rollins, Jr., Esq, for Debtor**    trollins@therollinsfirm.com

DATED this the 20th day of May 2025.

/s/ Warren A. Cuntz, Jr.
Chapter 13 Trustee
P O Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902
Email:  wcuntzcourt@gport13.com