# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51278    **Case Name:** Kealy Renee Lee

**Set:** 07/10/2025 10:00 am    **Chapter:** 13    **Type:** bk    **Judge** Katharine M. Samson

**matter**    Corrected Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Filed by Trustee Warren A. Cuntz T1 Jr. (RE: related document(s)35 Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Trustee Warren A. Cuntz T1). Response due by 06/10/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #36)

Response filed by the Debtor (Dkt. #37)

Minute Entry Re: (related document(s): [36] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 07/24/2025. Email received from Cuntz's office. (mcc)