United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-51278-KMS
Kealy Renee Lee  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 1
Date Rcvd: Jul 23, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kealy Renee Lee, 3222 A Cardinal Dr, Gulfport, MS 39501-7256 |
| | | US Navy, Garnishment Law Directorate-HGA, ATTN: Payroll Department, PO Box 998002, Cleveland, OH 44199-8002 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kealy Renee Lee trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 23, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEALY RENEE LEE | CASE NO.: 24-51278 KMS |
| S.S.N. XXX-XX-7863 | |

**\*AMENDED\* ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES**

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan[1]. The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and §1326(a)(1)(A), that:

US NAVY
GARNISHMENT LAW DIRECTORATE - HGA
ATTN: PAYROLL DEPARTMENT
PO BOX 998002
CLEVELAND, OH 44199-8002

is directed to deduct from Debtor's wages **THE AMENDED SUM OF \*\*$2,610.00\*\* per month effective with the payment due July 31st. 2025.** Payments can be **MAILED** or paid electronically through **TFSBillpay.com/employer**. If mailed, please include the name, case number, made payable to: Warren A. Cuntz, Jr., Trustee and mail to:

WARREN A. CUNTZ, JR., TRUSTEE
P.O. BOX 3749
GULFPORT, MS 39505-3749
(228) 831-9531

\*\*\*\*THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM BY NOON OF THE LAST BUSINESS DAY EACH MONTH REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY) \*\*\*\*

**The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor.**

##END OF ORDER##

---

[1] PAYMENT ADJUSTED DUE TO TMTD (DKT. 36)