

# INVOICE

Invoice # 8415
Date: 10/23/2025
Due On: 11/22/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kealy Renee Lee

## 05537-Lee Kealy Renee

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | JC | 11/14/2024 | Drafted Invoice, Notice, First Application for Compensation, Affidavit, and proposed Order; drafted e-mail memo to TR with same attached for his review and approval; drafted e-mail memo to GM with attached Affidavit for her to obtain TR's signature and notarize. | 0.30 | $0.00 | $0.00 |
| Service | TR | 11/14/2024 | Review and approve fee app drafted by JC | 0.10 | $0.00 | $0.00 |
| Service | KAR | 11/15/2024 | Contact Debtor (Text/Email): Drafted email to debtor providing a copy of her wage order and informed her that she will need to continue making direct payments to her trustee until her employer has enacted the wage order | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/15/2024 | Reviewed e-mail memo from TR regarding Notice with Application, Invoice, and proposed Order; revised same; reviewed e-mail memo from SA with attached Affidavit; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.20 | $155.00 | $31.00 |
| Service | JC | 11/18/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for | 0.20 | $0.00 | $0.00 |

|  |  |  | Compensation, Proposed Order, Invoice, and Affidavit for filing with the Court. |  |  |  |
|---|---|---|---|---|---|---|
| Service | KAR | 11/18/2024 | Review email from debtor: Reviewed email from debtor stating that her payments have been getting deducted from her pay by her employer but she is unsure when they will send the payments to her trustee | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/18/2024 | Review: Proof of Claim 24-51278-KMS LVNV Funding, LLC Document # 9 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 11/21/2024 | Review: Proof of Claim 24-51278-KMS Upgrade, Inc. Document # 10 | 0.20 | $0.00 | $0.00 |
| Service | JAC | 11/21/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $0.00 | $0.00 |
| Service | TR | 11/25/2024 | Review: 24-51278-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 25 | 0.10 | $0.00 | $0.00 |
| Service | KAR | 12/05/2024 | Reviewed NDC - debtor's employer has started making wage deductions | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/16/2024 | Review: 24-51278-KMS Minute Entry (CHAP) Document# 27 | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/08/2025 | Review: 24-51278-KMS Order Confirming Chapter 13 Plan Document# 30 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/06/2025 | Review: 24-51278-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 33 | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/12/2025 | Reviewed and organized amended wage order | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/12/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing amended wage order for her to summit to her employer | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/21/2025 | Call Debtor: Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; telephone conference with debtor regarding Motion; discussed reason for delinquency and plan to bring | 0.40 | $155.00 | $62.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | payments current. | | | |
| Service | CO | 05/21/2025 | Reviewed motions to dismiss; Drafted letter to debtor; Drafted email to VM with letter and trustee's motion to dismiss for attorney signature and to mail. | 0.20 | $100.00 | $20.00 |
| Service | JC | 05/21/2025 | Incoming Call: Telephone call from debtor; she is going to set up an auto payment from TFS to pay $200 per month on the 30th of each month until she is caught up; she does not want the trustee to cure the payment; discussed that the delinquency would be spread over the rest of her payments - she understands but does not want to cure unless she absolutely has to. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/21/2025 | Review: 24-51278-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/21/2025 | Review: 24-51278-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/23/2025 | Drafted Response to trustee's Motion to Dismiss; drafted memo to TR explaining reason for debtor's delinquency and his plan to bring it current; attached Response for his review and approval. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/28/2025 | Reviewed memo from TR approving Response to trustee's Motion to Dismiss; prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/30/2025 | Review: 24-51278-KMS Personal Financial Management Course (Certificate) Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/03/2025 | Call Debtor: Reviewed e-mail from Laura with TT's office providing terms of AO; called Laura regarding same; called debtor, left voicemail, drafted text message informing her that her payments will be cured and that we had no other option. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 07/07/2025 | Review: 24-51278-KMS Minute Entry (CHAP) Document# 39 | 0.10 | $360.00 | $36.00 |

Invoice # 8415 - 10/23/2025

| Service | JC | 07/22/2025 | Contact Debtor (Text/Email): Reviewed AO submitted by TT's office for TR's signature; drafted text message to debtor providing the terms. | 0.10 | $155.00 | $15.50 |
|---------|-----|-----------|------|------|--------|--------|
| Service | JC | 07/23/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor inquiring if she needs to stop the extra $200 payments; drafted reply informing she does. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/23/2025 | Review: 24-51278-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | CO | 07/24/2025 | Reviewed: 24-51278-KMS Amended Order Upon Employer Directing Deductions from Pay; Emailed order to debtor | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/24/2025 | Review: 24-51278-KMS Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/10/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/23/2025 | Reviewed 1st Application, Order, and Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.30 | $155.00 | $46.50 |

| | | | | **Services Subtotal** | | **$626.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 11/15/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $33.88 | $33.88 |
| | | | **Expenses Subtotal** | | **$33.88** |

| | Time Keeper | Position | Quantity | Rate | Total |
|--|-------------|----------|----------|------|-------|
| | Jennifer Curry Calvillo | Attorney | 0.6 | $360.00 | $216.00 |
| | Jennifer Curry Calvillo | Attorney | 0.6 | $0.00 | $0.00 |
| | Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| | Thomas Rollins | Attorney | 0.4 | $0.00 | $0.00 |

Invoice # 8415 - 10/23/2025

| | | | | |
|---|---|---|---|---|
| Jacki Curry | Non-Attorney | 1.9 | $155.00 | $294.50 |
| Jacki Curry | Non-Attorney | 0.5 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Kirsten Raimey | Non-Attorney | 0.5 | $100.00 | $50.00 |
| | | | Subtotal | **$660.38** |
| | | | Total | **$660.38** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7222 | 12/13/2024 | $3,633.04 | $0.00 | $3,633.04 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8415 | 11/22/2025 | $660.38 | $0.00 | $660.38 |
| | | | **Outstanding Balance** | **$4,293.42** |
| | | | **Total Amount Outstanding** | **$4,293.42** |