

SO ORDERED,

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: March 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **KEALY RENEE LEE**

                     **CASE NO. 24-51278 KMS**

    **DEBTOR .**

                     **CHAPTER 13**

### ORDER RESETTING HEARING

This matter came on this date on the Motion to Dismiss for Non-Payment filed by the Trustee (the "Motion") (Dkt. #49) and the Court having considered the facts herein, finds that the hearing on April 2, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for May 7, 2026, at 10:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841