**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Kealy Renee Lee, Debtor**                    **Case No. 24-51278-KMS**
                                                                                  **CHAPTER 13**

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtor ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Debtor represents that in the administration of the above-referenced Debtor's estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's personal injury claim.

2. That the Debtor desires to employ Richard Ely, Hammond Law Firm; Ben Council, The Council Law Firm; and Jarrod Mumphrey, The Jarrod Mumphrey Law Firm to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. Richard Ely, Ben Council, and Jarrod Mumphrey have each attached his affidavit hereto, stating that the attorney is a disinterested party with respect to the Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, Special Counsel will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Richard Ely, Hammond Law Firm; Ben Council, The Council Law Firm; and Jarrod Mumphrey, The Jarrod Mumphrey Law Firm as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Kealy Renee Lee, APPLICANT

BY:

 /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.