## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kealy Renee Lee, Debtor                    Case No. 24-51278-KMS
                                                     CHAPTER 13

### AFFIDAVIT OF ATTORNEY

STATE OF LOUISIANA

PARISH OF _Orleans_

**Benny Council**      of **The Council Law Firm, LLC**, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1.      That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2.      That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3.      That said services shall be rendered under a contingent fee agreement.

4.      That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

   a.   As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's personal injury claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 19th day of May, 2026.

X _____

By:   **Benny Council, The Council Law Firm, LLC**

SWORN TO AND SUBSCRIBED BEFORE ME, this the 19th day of May, 2026.

_____
NOTARY PUBLIC

RICHARD C. ELY, JR.
Notary Public, Bar No. 25662
State of Louisiana
My Commission Issued for Life

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Kealy Renee Lee, Debtor**                    Case No. 24-51278-KMS
                                                          **CHAPTER 13**

## AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF Hinds

Jarrell Mumford of The Jarrel Mumford Law firm being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1.    That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2.    That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3.    That said services shall be rendered under a contingent fee agreement.

4.    That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

    a.  As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's personal injury claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the __15__ day of __May_____, 2026.

X _Joaira J. Mumford_

By: _____


SWORN TO AND SUBSCRIBED BEFORE ME, this the __5 day of
__May_____, 2026.

_Vikki Mumford_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 94290
VICTORY DILLON MUMFORD
Commission Expires
Dec. 19, 2029
HINDS COUNTY

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Kealy Renee Lee, Debtor                     Case No. 24-51278-KMS
                                                                          CHAPTER 13

## <u>AFFIDAVIT OF ATTORNEY</u>

STATE OF LOUISIANA

PARISH OF <u>ORLEANS</u>

<u>Richard C. Ely, Jr.</u>   of <u>Ely Law, LLC</u> , being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1.   That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2.   That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3.   That said services shall be rendered under a contingent fee agreement.

4.   That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

   a.   As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's personal injury claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the ___12th___ day of ___May___, 2026.

X_____

By:        ___Richard C. Ely, Jr._____

SWORN TO AND SUBSCRIBED BEFORE ME, this the 12 day of
_____May_____, 2026.

_____
NOTARY PUBLIC

PEIRCE A. HAMMOND II
Notary Public
Orleans Parish, State of Louisiana
My Commission is for Life
Louisiana Bar No. 18076