Docusign Envelope ID: 3315EEBA-F951-855D-82EE-E8D912C1C12C

# RETAINER AGREEMENT

I, ____**Kealy Lee**_____, retain the services of Hammond Law Firm, L.L.C. (hereinafter "HLF, LLC") to represent me in the prosecution of my claim for damages as a result of my accident, which occurred on or about the __21st___ day of_____April__, 2026 in Gulfport, MS, as more fully described below:

Motor vehicle accident with 18-wheeler on 30th St. at its intersection with 19th St. in Gulfport, MS

## Attorney Fees
(What our fees are)

If HLF, LLC is successful in recovering damages, HLF, LLC will receive a percentage of the gross amount, which is obtained for you. The percentage will vary with the stage at which recovery is made. If recovery is made:

    a. before filing of a lawsuit, the fee is 33-1/3% of any settlement and the costs and expenses of pursuing the claim as described below.
    b. after filing of a lawsuit, the fee is 40% of any settlement or judgment and the costs and expenses of pursuing the claim as described below.

Attorney fees are computed on the total amount of the settlement, award, verdict or judgment before deducting costs and expenses, financial assistance, or any other disbursements. Further, if there is a structured settlement, the fees shall be calculated on the present value or cost of the settlement. In the event that the amount of attorney fees are limited by statute, then the fees charged will not exceed those limitations.

I assign, transfer, and deliver to HLF, LLC an undivided interest in the subject matter of my claim and/or in any suit or suits filed thereon by said Attorneys, said interest amounting to 33-1/3% prior to the filing of suit and 40% after the filing of suit or commencement of arbitration. My intent is to vest this firm with an interest in the subject matter of my claim and any suit or suits filed hereon by this firm as permitted by LSA-R.S. 37:218 and afford this firm all of the rights and protection granted by said statute.

In the event that outside counselor experts are retained to resolve any claims for reimbursement or set aside made by Medicare or Medicaid, I understand that the fees and costs of outside counselor experts must be paid by me in addition to the fees noted above.

## Costs of Pursuing Your Claim
(How costs of pursuing your claim arc paid)

HLF, LLC will, at its discretion, advance costs and expenses for my claim. I consent to and authorize HLF, LLC to retain the services of any experts, doctors, investigators, etc. to work on my case and to incur expenses, which it believes are reasonably incurred to prosecute my case.

## What are Costs and Expenses?
(When and what do I pay besides attorney's fees)

Costs and expenses include, but are not necessarily limited to: filing fees; deposition costs; expert witness fees; transcript costs; witness fees; postage; photographic, electronic or digital evidence production; investigation fees; related travel expenses; copying charges; case related medical expenses; and any other case specific expenses directly related to my case.

I have been informed concerning, and I also consent to, paying for actual invoiced costs for the following expenses: computer legal research charges; copying charges; mileage; and outside courier charges, incurred solely for the purposes of my case.

The costs and expenses noted above will be paid out of any settlement or judgment obtained on my behalf. The client is only responsible for any costs and expenses incurred by HLF, LLC if there is a recovery in the case. All of the costs, expenses, and financial assistance shall be recoverable by said attorneys in addition to the attorney fees stated above. All of the costs and expenses identified above are to be deducted from any settlement or judgment after the contingent attorney fee is deducted from the gross recovery. Any court costs, expenses, and financial assistance, as well as the attorney fees earned by our office, shall be subject to a lien upon any amount recovered on your claim.

In addition, I hereby authorize HLF, LLC at its discretion, to guarantee payment of my outstanding medical bills and other expenses out of the net proceeds of any settlement or judgment. All medical bills not paid out of the settlement remain my responsibility.

1

Docusign Envelope ID: 3315EEBA-F951-855D-82EE-E8D912C1C12C

I understand that Medicare, Medicaid or private health insurance plans may require all parties involved in this matter to settle a healthcare provider's separate claim for reimbursement/lien for past and future payments prior to distributing any verdict or settlement proceeds. I authorize hiring separate experts/case workers who assist with resolving any healthcare provider's reimbursement claims or liens for past and/or future injury-related medical care or Medicare set a sides. The expense of any such service shall be treated as a case expense and deducted from our net recovery and shall not be paid out of the law firm's contingent fee in this matter.

### Outside Counsel
(We may use other lawyers with your consent)

I have no objection to, agree to, consent to, and hereby authorize HLF, LLC to associate attorneys who are not members of the firm to handle my case if HLF, LLC deems this necessary. However, if this happens, the total amount of attorney's fees which I have agreed to pay will not increase and the attorneys will divide the attorney's fees and will jointly assume responsibility for the case.

### Settlement of Your Claim
(What happens when your claim is settled)

HLF, LLC shall not settle your claim without your approval. You understand that, from the proceeds, if any, coming into our possession by way of settlement or judgment, you authorize HLF, LLC to first deduct our attorney's fees, and then all court costs, litigation expenses, and financial assistance advanced that have not been reimbursed, as well as outstanding expenses and medical bills. A written accounting will be provided to you listing incurred fees, court costs, litigation expenses, and financial assistance, and all known outstanding expenses and known outstanding medical bills.

### Withdrawal by Either Attorney or Client(s)
(What happens if you change lawyers?)

Either you or HLF, LLC can withdraw from your case by giving reasonable written notice to the other. Any withdrawal by HLF, LLC shall be consistent with the Louisiana Rules of Professional Conduct. In the event that you dismiss HLF, LLC, or HLF, LLC withdraws, you hereby give HLF, LLC a lien on your future recovery, if any, to secure payment of our costs and attorney fees incurred up until then. In the event that a settlement offer was obtained prior to withdrawal HLF, LLC's attorney fee shall be the agreed percentage of the last settlement offer obtained by HLF, LLC prior to dismissal or withdrawal.

### Arbitration of Attorney/Client Disputes
(What happens when you are dissatisfied)

In the event of a dispute between you and HLF, LLC and/or any of its employees regarding the interpretation of the terms herein, including but not limited to the management of your case, or any aspect of the attorney-client relationship, including claims of malpractice and fee disputes, you and HLF, LLC agree that any such dispute shall be resolved by binding arbitration pursuant to LSA-R.S. 9:4201, et seq. (Others whose interest are involved may join as a party in the arbitration so that the entire matter may be resolved at one time.) The parties agree by signing the Retainer Agreement to submit all such disputes to arbitration and any such award made will be as final as a court judgment, without the right to appeal. However you always have the right to make a disciplinary complaint to the appropriate authorities.

Please be advised that by your agreement to arbitrate any and all future claims and/or disputes against us, you waive your right to a jury trial and right to broad discovery under state or federal law on those matters subject to arbitration. In addition, arbitration may involve substantial up-front costs compared to litigation. Further, you are advised that you have a right to independent representation to advise you before you sign this agreement. In the event of a dispute, you must file a demand for arbitration with Mediation Arbitration Professional Systems, Inc. ("MAPS"), which arbitration shall be conducted according to the Rules of Mediation Arbitration Professional Systems, Inc. and by a single arbitrator.

### Other Persons who May Have an Interest in The Case

I hereby bind my heirs, executors, and legal representatives by this agreement. I certify that I had not filed a bankruptcy petition as of the date that the cause of action arose and I have not done so to date. If I do file a bankruptcy petition, I will immediately notify HLF, LLC of this development. I agree to waive my Attorney-Client and/or Doctor/Patient privileges to the extent that my attorneys believe that it is necessary to disclose information about me or that I have given to them to other persons in order to prosecute my case, arrange for medical treatment for me, settle my case, or as allowed by law or regulation.

2

Docusign Envelope ID: 3315EEBA-F951-855D-82EE-E8D912C1C12C

## Client Has Read This Contract

I authorize Hammond Law Firm, LLC to handle my claim for the loss, which occurred, on or about the date stated in the first paragraph of this Agreement. I acknowledge that I have read and understand this Agreement. I agree to the terms of this contract and further agree that it constitutes the entire agreement between us. The provisions of this contract are severable. If one part is determined to be invalid, the rest of the contract remains in effect. This contract shall be interpreted according to the laws of the State of Louisiana. There are no other agreements, oral or written.

_Kealy Lee_
Client Name (Print name)

_904-994-3226_
Telephone

_3222 A Cardinal Dr_
Physical Address (include apartment #)

_KealyLS@gmail.com_
Email

_Gulfport, MS 39501_
City / State / Zip

_Same_
Mailing Address
(Include any P.O. Box or alternate address)

_Same_
Email

City / State / Zip

_Kaygola_
Client Signature

4/29/2026 | 9:58:44 AM PDT
Date

Client Signature

Date

On behalf of Hammond Law Firm, LLC

_4-30-26_
Date

Date

3

Docusign Envelope ID: 3315EEBA-F951-855D-82EE-E8D912C1C12C

## CLIENT INFORMATION

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
_____
Social Security Number

5-30-80
_____
Date of Birth

_____
Driver's License Number

Tricare.
_____
Client Health Insurer

_____
Policy Number

_____
Client Auto Insurer

_____
Policy Number

_____
Adverse Auto Insurer

_____
Policy Number

N/A
_____
Medicare:

N/A
_____
Medicare Number

N/A
_____
Medicaid

N/A
_____
Medicaid Number

Employer: Navy
_____

Alternate Contact: Tikilia Scott  904-704-9155 -Sister
_____

**PLEASE PROVIDE COPIES OF INSURANCE CARDS AND DRIVER'S LICENSE**

4

Docusign Envelope ID: 3315EEBA-F951-855D-82EE-E8D912C1C12C

## ADDENDUM TO CONTINGENCY FEE REPRESENTATION AGREEMENT

### AUTHORIZATION TO RETAIN AND EMPLOY OTHER ATTORNEYS

By this addendum to the Contingency Fee Representation Agreement dated 4/27/2026, for the matter referenced therein, I,   Kealy Lee          , the undersigned Client, do hereby authorize and give this written consent to HLF to retain and employ the following attorney(s) to assist in representing me:

Ben Council / The Council Law Firm, LLC and Jarrod Mumphrey, The Jarrod Mumford Law Firm

Client understands that the attorney fee will not change, and the combined fee of Attorney and all other attorneys shall be limited to the attorney fee set forth in the Contingency Fee Representation Agreement.

This agreement is executed by me, the undersigned Client, on this _____ day of _____, 2026.

CLIENT:

DocuSigned by:

*Kealy Lee*
20C0B607EAFF4B9...
Kealy Lee