**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Kealy Renee Lee, Debtor**                    **Case No. 24-51278-KMS**
**CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to be Employ Special Counsel.
**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: May 20, 2026.                    Signature:   /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                    Jennifer A Curry Calvillo (MSBN 104367)
                                                    The Rollins Law Firm, PLLC
                                                    P.O. Box 13767
                                                    Jackson, MS 39236
                                                    601-500-5533
                                                    trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Kealy Renee Lee, Debtor**                    **Case No. 24-51278-KMS**
                                                                              **CHAPTER 13**

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtor ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Debtor represents that in the administration of the above-referenced Debtor's estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's personal injury claim.

2. That the Debtor desires to employ Richard Ely, Hammond Law Firm; Ben Council, The Council Law Firm; and Jarrod Mumphrey, The Jarrod Mumphrey Law Firm to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. Richard Ely, Ben Council, and Jarrod Mumphrey have each attached his affidavit hereto, stating that the attorney is a disinterested party with respect to the Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, Special Counsel will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Richard Ely, Hammond Law Firm; Ben Council, The Council Law Firm; and Jarrod Mumphrey, The Jarrod Mumphrey Law Firm as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Kealy Renee Lee, APPLICANT

BY:

 /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

  KEALY RENEE LEE

CASE NO: 24-51278-KMS

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 5/20/2026, I did cause a copy of the following documents, described below,

Notice and Application to Employ

Affidavits

Contract

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/20/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KEALY RENEE LEE

CASE NO: 24-51278-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/20/2026, a copy of the following documents, described below,

Notice and Application to Employ

Affidavits

Contract

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/20/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-51278-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED MAY 20 8-27-48 PST 2026

KEESLER FEDERAL CREDIT UNION
CO ROBERT ALAN BYRD
PO BOX 1939
BILOXI   MS 39533-1939

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY   UT 84130-0285

CAPITAL ONE  NA
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY   OK 73118-7901

(P)CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT SUITE 200
KENNESAW GA 30144-5938

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

EXCLUDE

(D)(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS   NV 89113-2273

DISCOVER BANK
PO BOX 3025
NEW ALBANY   OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY   OH 43054-3025

ERNESTINE LEE
736 SARANAC ST
JACKSONVILLE  FL 32254-3260

KEESLER FCU
ATTN BANKRUPTCY
2602 PASS RD
BILOXI   MS 39531-2728

KEESLER FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPT
PO BOX 7001
BILOXI   MS 39534-7001

KIKOFF LENDING LLC
75 BROADWAY
SAN FRANCISCO   CA 94111-1423

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE   SC 29603-0587

NELNET
PO BOX 82561
LINCOLN   NE 68501-2561

OMNI FINANCIAL
PO BOX 53628
FAYETTEVILLE  NC 28305-3628

ROBERT ALAN BYRD  ESQ
FOR KEESLER FEDERAL CREDIT UNION
PO BOX 1939
BILOXI   MS 39533-1939

SANTANDER CONSUMER USA INC
DBA CHRYSLER CAPITAL
1601 ELM ST  STE 800
DALLAS  TX 75201-7260

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
PO BOX 961211
FORT WORTH  TX 76161-0211

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN   NE 68508-1911

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

(P)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

EXCLUDE

(D)(P)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

DEBTOR

KEALY RENEE LEE
3222 A CARDINAL DR
GULFPORT  MS 39501-7256

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A CUNTZ T1 JR
PO BOX 3749
GULFPORT MS 39505-3749

EXCLUDE

(P)WARREN A CUNTZ T1 JR
PO BOX 3749
GULFPORT MS 39505-3749