**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:  KEALY RENEE LEE**                                         **CHAPTER 13**
                                                                                   **Case No. 24-51278-KMS**

**TRUSTEE'S RESPONSE TO**
**APPLICATION TO EMPLOY SPECIAL COUNSEL (DKT. 56)**

COMES NOW the Chapter 13 Trustee, by and through undersigned counsel, and files this Response to Counsel's Application to Employ Special Counsel (Dkt. 56), and in support hereof, would show unto this Honorable Court the following, to-wit:

1.  The Trustee objects to the filed Application to Employ Special Counsel (Dkt. 56).  At this juncture, the Trustee has not had an opportunity to evaluate the claim, nor been furnished with information or documentation pertaining to the claim, nor has the Trustee been contacted by, or agreed to employ, Counsel seeking to be employed.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Response be received and filed and the Trustee be given appropriate relief in the premises.

DATED, this the  __22ND__  day of  __May__  2026.

Respectfully submitted,

/s/        Phillip Brent Dunnaway
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

1

2

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Response to the following:

David Asbach, Esq., United States Trustee          USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., Attorney for Debtor          trollins@therollinsfirm.com

DATED this the __22nd__ day of __May__ 2026.

_/s/_      Phillip Brent Dunnaway
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505
(228) 831-9531

2