

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 18, 2026**

---

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:  KEALY RENEE LEE**                                      **CH. 13 Case No. 24-51278-KMS**

### AGREED ORDER RESOLVING MOTION TO DISMISS FOR NON-PAYMENT (DKT. 49)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Dismiss for Non-Payment (Dkt. 49), and Debtor's Response thereto (Dkt. 50), and the Court being advised that the parties have reached an agreement, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion to Dismiss for Non-Payment (Dkt. 49) is hereby denied.  Any existing default in plan payments and the plan payment due for June 2026 shall be abated and the Debtor shall resume plan payments directly to the Trustee in the amount of \$2,669.00 per month effective with the plan payment due July 31st, 2026.

##END OF ORDER##

Approved as to form and content:                    Prepared by:

*T.C. Rollins, Esq. w/permission PBD*
T.C. Rollins, Esq.                                  Phillip Brent Dunnaway, Esq.
Attorney for Debtor                                 Attorney for Trustee
P.O. Box 13767                                      P.O. Box 3749
Jackson, MS 39236                                   Gulfport, MS 39505-3749