_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 22, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **KEALY RENEE LEE** | **CASE NO.:  24-51278 KMS** |
| **S.S.N. XXX-XX-7863** | |

### ORDER RELEASING EARNINGS OF

THE ORDER **(Dkt. 46)** heretofore entered in these proceedings by which the Debtor's employer:

**US NAVY**
**GARNISHMENT LAW DIRECTORATE-HGA**
**ATTN: PAYROLL DEPARTMENT**
**PO BOX 998002**
**CLEVELAND, OH 44199-8002**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**