_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 22, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN THE MATTER OF:                                           CHAPTER 13
**KEALY RENEE LEE**                                         **Case No.:  24-51278 KMS**

### ORDER UPON DEBTOR(S) DIRECTING PAYMENTS TO TRUSTEE

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.·  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**Kealy Renee Lee**
**3222 A Cardinal Dr**
**Gulfport, MS 39501**

is directed to pay the sum of $**2,669.00 per month effective with the payment due before noon on July 31st, 2026.**   Payments can be made through **TFSbillpay.com** or by **Certified Funds**. Payments through TFSbillpay.com will need to be submitted 7 days prior to the due date to be receipted timely. Payments by CERTIFIED FUNDS must be received before noon of the last business day of the month and include your name and case number and payable to **Warren A. Cuntz, Jr., Trustee** and mailed to:

**WARREN A. CUNTZ, JR., CH. 13 TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor is released from making further plan payments.

**##END OF ORDER##**