# Proceeding Minutes / Proceeding Memo

**Case #:**  24-51278          **Case Name:**  Kealy Renee Lee

**Set:**  07/09/2026 10:00 am   **Chapter:**  13   **Type:**  bk      **Judge**  Katharine M. Samson

**matter**   Application to Employ Richard Ely, Hammond Law Firm; Ben Council, The Council Law Firm; and Jarrod Mumphrey, The Jarrod Mumphrey Law Firm as Special Counsel Filed by Debtor Kealy Renee Lee (Attachments: # 1 Affidavit # 2 Contract # 3 Proposed Order)  (Dkt. #56)

Response filed by the Trustee (Dkt. #58)

---

   Minute Entry Re: (related document(s): [56] Application to Employ filed by Kealy Renee Lee) An Agreed Order has been submitted by Rollins. Tickle for date: 07/16/2026. Hearing removed. (mcc)